Form 170 – ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–29330–ABA
Chapter: 7
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lytia Sharnee Fisher
   1001 Buffalo Avenue, Bldg. 12B
   Egg Harbor City, NJ 08215

Social Security No.:
   xxx–xx–2764

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑    A Motion to Dismiss has been filed by Douglas S. Stanger, Trustee.

☐    An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

   ☐    The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

   ☐    The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

   ☐    The corporate debtor is self–represented.

   ☐    Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Andrew B. Altenburg Jr. on,

Date: 6/5/18
Time: 10:00 AM
Location: Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

Dated: May 7, 2018
JAN:

                                                     Jeanne Naughton
                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-29330-ABA
Lytia Sharnee Fisher                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin        Page 1 of 1        Date Rcvd: May 07, 2018
                            Form ID: 170       Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2018.
```
db           +Lytia Sharnee Fisher,    1001 Buffalo Avenue, Bldg. 12B,    Egg Harbor City, NJ 08215-2825
pp           +Kathleen Marie Melincavage,    15 Millbridge Road,    Clementon, NJ 08021-5311
517083167    +APG Pathology,    PO Box 786061,    Philadelphia, PA 19178-6061
517083156    +AR REsources,    PO Box 1056,    Blue Bell, PA 19422-0287
517083166    +Atlanticare,    PO Box 786361,    Philadelphia, PA 19178-6361
517083162    +Comcast,    PO Box 3002,    Southeastern, PA 19398-3002
517083168    +Convergent,    800 SW 39th Street,    Renton, WA 98057-4975
517083159     Donna L. Thomas,    142 Lakewood Road,    Manasquan, NJ  08736
517083163    +First National Collection Bureau,    PO Box 1259,    Oaks, PA 19456-1259
517083160    +Motor Vehicle Commission,    225 East State Street,    Trenton, NJ 08666-0001
517084112    +Philadelphia Village,    1001 Buffalo Avenue,    Apartment 6Z,    Egg Harbor City NJ 08215-2864
517083158    +South Jersey Gas,    PO Box 6091,    Bellmawr, NJ 08099-6091
517083169    +Youngblood, Franklin, Sampoli,    1201 New Road, Ste. 230,    Linwood, NJ 08221-1154
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov May 07 2018 23:47:03     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 07 2018 23:47:02     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517083164    +E-mail/Text: EBNProcessing@afni.com May 07 2018 23:47:09     AFNI,   1310 Martin Luther King,
              Bloomington, IL 61701-1465
517083161    +E-mail/Text: bankruptcy@pepcoholdings.com May 07 2018 23:46:48     Atlantic City Electric,
              PO Box 13610,   Philadelphia, PA 19101-3610
517083165    +E-mail/Text: bankruptcy_notifications@ccsusa.com May 07 2018 23:47:58
              Credit Collections Services,   725 Canton Street,   Norwood, MA 02062-2679
517083157    +E-mail/Text: electronicbkydocs@nelnet.net May 07 2018 23:47:05     Department of Education,
              3015 Parker Road, Suite 400,   Aurora, CO 80014-2904
                                                                                               TOTAL: 6
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2018 at the address(es) listed below:
```
              Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
               nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
               dss@trustesolutions.net
              Douglas S. Stanger    doug.stanger@flastergreenberg.com, nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 3
```